IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN RAY BACAK,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee

_____/

Case No.  5D22-993
LT Case Nos. 2015-CF-1845
              2018-CF-2467
              2015-CF-1648
              2018-CF-2466
              2018-CF-2671

Decision filed June 7, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Steven R. Bacak, Monticello, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.  *See Ruff v. State*, 840 So. 2d 1145, 1147 (Fla. 5th DCA 2003); *Williams v. State*, 825 So. 2d 994, 996 (Fla. 4th DCA 2002).


LAMBERT, C.J., WALLIS and SASSO, JJ., concur.